IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS PAVING,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE ADRIANA
ESCOBAR, DISTRICT JUDGE; AND
THE HONORABLE MICHAEL A.
CHERRY, SENIOR DISTRICT COURT
JUDGE,
Respondents,
    and
DE'LOIS Y. TURNER,
Real Party in Interest.

No. 85477

FILED

OCT 21 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

*ORDER DENYING PETITION*

This is an original petition for a writ of mandamus challenging a district court order denying a motion to strike a request for a trial de novo and a district court order denying a motion for reconsideration. Petitioner asserts that Real Party in Interest failed to participate in the mandatory court-annexed arbitration program in good faith and therefore the district court should have stricken her request for a trial de novo.

A writ of mandamus is available when the petitioner lacks a plain, speedy, and adequate remedy at law. NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). "Petitioners carry the burden of demonstrating that extraordinary relief is warranted." *Pan*, 120 Nev. at 228, 88 P.3d at 844. After reviewing the instant petition, we conclude that Petitioner has failed to meet its burden of demonstrating that it lacks an adequate remedy at law by way of an

22-33180

appeal after a final judgment. *See Walker v. Second Judicial Dist. Court,* 136 Nev. 678, 683, 476 P.3d 1194, 1198 (2020) (holding that an appeal after a final judgment is an adequate remedy to challenge bad faith participation in the court-annexed arbitration program). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:  Hon. Adriana Escobar, District Judge
Hon. Michael A. Cherry, Senior Justice
Emerson Law Group
Dimopoulos Injury Law
Ryan Alexander, Chtd.
Eighth District Court Clerk

(O) 1947A